(84 South. 927)

ROBERTSON v. STATE. (6 Div. 596.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Elbert Robertson was convicted of violating the prohibition law, and he appeals. Affirmed. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. The trial in this case was had by the court without a jury. The defend-

ant was duly indicted for the offense of violating the prohibition law, and from the judgment of conviction appeals. The appeal is on the record proper, without bill of exceptions. An examination of the record discloses that all of the proceedings were regular and free from error. The judgment of the circuit court is affirmed. Affirmed.